## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

BUCKSHOTS, LLC                                                                               PLAINTIFF

VERSUS                                              CIVIL ACTION NO. **1:26-cv-00097-HSO-BWR**

RUAN TRANSPORT CORPORATION                                                  DEFENDANT

---

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Buckshots, LLC voluntarily dismisses this action without prejudice. Defendant has not served an answer or motion for summary judgment.

Respectfully submitted, this the 27th day of April, 2026.

Buckshots, LLC, Plaintiff

BY:    THE CASANO LAW FIRM, P.A.


BY:    _s/Michael J. Casano_____
          s/Michael J. Casano


MICHAEL CASANO (MSB #10085)
The Casano Law Firm, PA
4403 West Aloha Drive
Diamondhead, Mississippi 39525
Tel: 228-255-0035
Fax: 228-255-0078
mcasano1@aol.com

Timothy W. Porter, MB #9687
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, Mississippi 39236

## CERTIFICATE OF SERVICE

I, Michael J. Casano, do hereby certify that on the date set forth above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record.

SO CERTIFIED, this the 27th day of April, 2026.

By: /s/ Michael J. Casano
Michael J. Casano

MICHAEL CASANO (MSB #10085)
The Casano Law Firm, PA
4403 West Aloha Drive
Diamondhead, Mississippi 39525
Tel: 228-255-0035
Fax: 228-255-0078
mcasano1@aol.com